CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JILL GINSTLING (217911)
Deputy Federal Public Defender
(E-mail: Jill_Ginstling@fd.org)
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
MATTHEW CHEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CHEN,<br><br>　　　　Defendant. | Case No. 22-MJ-369<br><br>**[PROPOSED] ORDER SETTING CONDITIONS OF RELEASE** |

　　　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that bond shall be set on the conditions in the attached CR-1.

DATED: February__, 2022

_____
HONORABLE CHARLES F. EICK
United States Magistrate Judge