CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHARLES EATON (Bar No. 325372)
Deputy Federal Public Defender
(E-mail: Charles_eaton@fd.org)
3801 University Avenue, Suite 700
Riverside, CA 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
MATTHEW EDWARD CHEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW EDWARD CHEN,<br><br>Defendant. | Case No. ED CR 22-00040-JGB<br><br>**MATTHEW CHEN'S UNOPPOSED *EX PARTE* APPLICATION TO MODIFY BOND CONDITIONS; [PROPOSED] ORDER** |

Defendant Matthew Chen ("Mr. Chen"), by and through his attorney of record, Deputy Federal Public Defender Charles Eaton moves *ex parte* for a modification of the conditions of his release. Specifically, Mr. Chen requests that he no longer be required to be on location monitoring. All other bond conditions are to remain the same. Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Reema El-Amamy, takes no position regarding this *ex parte* application. Pretrial Services does not object to the removal of the location monitoring condition. Mr. Chen's surety, Xiaochu Ba, consents to the modification removing the condition of location monitoring.

///

///

1. On January 28, 2022, Mr. Chen was arrested on a complaint alleging a violation of 26 U.S.C. § 5681(d) (possession of unregistered firearms), and he was ordered detained without bail. Dkt. #7. The primary concerns raised by the Court were insufficient/inappropriate sureties and the lack of an identified place for Mr. Chen to live upon his release.

2. The Court then ordered the following conditions of release: A $120,000 appearance bond, with cash deposit in the amount of $100,000, and an unsecured affidavit of surety without justification in the amount of $20,000 signed by Xiaochu Ba. Other conditions included Pretrial Services Supervision, as directed by PSA; surrender all passports and travel documents to PSA, and submit a Declaration re Passport and Other Travel Documents within 24 hours of release; travel restricted to the Central District of California; reside as approved by Pretrial Services and do not relocate without prior permission from PSA; maintain or begin an educational program and provide proof to PSA; avoid all contact, directly or indirectly, with any person who is a known victim or witness (including but not limited to known members of the Cali Bois); do not possess any firearms, ammunition, destructive devices, or other dangerous weapons, and in order to determine compliance, submit to a search of your person and/or property by the Supervising Agency in conjunction with the U.S. Marshal; and Location Monitoring with a bracelet at the discretion of the Supervising Agency (with no residential restrictions).

3. On November 8, 2022, following a stipulation submitted by the parties, the Court modified Mr. Chen's bond such that he was allowed to travel to and reside in the Northern District of California. (Dkt. No. 42.)

4. After meeting and conferring, Mr. Chen now requests that he be allowed to continue on bond with the following modification: Mr. Chen is no longer required to be on location monitoring. All other bond conditions are to remain the same.

5. The described bond conditions reasonably assure the safety of any other person and the community and reasonably assure his appearance as required. Mr. Chen

has had no violations of his pretrial release conditions after being on pretrial release for over a year.

6. Counsel for Mr. Chen spoke with Probation and Pretrial Services Officer Jamia Hensley on March 9, 2023, who stated that Pretrial Services has no objection to this modification.

7. Counsel for Mr. Chen spoke with Assistant United States Attorney Reema El-Amamy on March 21, 2023, who stated that the Government takes no position regarding this modification.

For these reasons, the Mr. Chen respectfully requests that the Court modify Mr. Chen's conditions of release to remove location monitoring.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 30, 2023      By  /s/ *Charles Eaton*
CHARLES EATON
Deputy Federal Public Defender
Attorney for MATTHEW EDWARD CHEN

3

## PROOF OF SERVICE

I declare that I am a resident or employed in Riverside, County, California; that my business address is the Office of the Federal Public Defender, 3801 University Avenue, Suite 700, Riverside, California 92501; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **MATTHEW CHEN'S UNOPPOSED *EX PARTE* APPLICATION TO MODIFY BOND CONDITIONS; [PROPOSED] ORDER** on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [X] Via Emailing same addressed as follows: |
|---|---|---|---|

**JAMIA HENSLEY**
U.S. Pretrial Services Officer
Jamia_hensley@cacp.uscourts.gov

This proof of service is executed at Riverside, California, on **March 30, 2023**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                                       *s/ Kimberly Lopez*
                                       **KIMBERLY LOPEZ**